UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Life Time, Inc.,                        Case No. 19-cv-2651-JNE-KMM

           Plaintiff,

v.                                            **ORDER**

Cherrish Corporation,

           Defendant.

_____

       This matter is before the Court upon Defendant's Motion to Extend Deadline to File Answer to Plaintiff's Complaint (ECF No. 7) and Plaintiff's Response to Defendant's Motion to Extend Deadline to File Answer to Plaintiff's Complaint (ECF No. 9).  There being no objection to said Motion,

       IT IS HEREBY ORDERED that the Motion to Extend is GRANTED.  The Defendant shall file an answer or otherwise plead to the complaint on or before November 12, 2019.

Dated: October 31, 2019

                                                  *s/ Katherine Menendez*
                                                  Katherine Menendez
                                                  United States Magistrate Judge